IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| TYRONE HUNT, | Case No.: 12-2465 JSC |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| D.C. COUNCIL, | |
| Defendant. | |

Having dismissed Plaintiff's complaint with prejudice pursuant to 28 U.S.C. § 1915, the Court hereby enters judgment for Defendant and against Plaintiff.

The Court certifies that any appeal taken from this judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED.**

Dated: May 31, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE